ARTHUR A. WEST, JR., AND PATRICIA C. WEST, PLAIN-
TIFFS, v. WILLIAM R. MAC DONALD, INDIVIDUALLY
AND t/a MAC DONALD'S SUPPLY CO., DEFENDANT
AND THIRD-PARTY PLAINTIFF-RESPONDENT AND
CROSS-APPELLANT, v. GLENS FALLS INSURANCE COM-
PANY, THIRD-PARTY DEFENDANT-APPELLANT AND
CROSS-RESPONDENT.

Argued October 7, 1968—Decided November 4, 1968.

*Mr. Charles M. Egan, Jr.,* argued the cause for third-party
plaintiff-respondent and cross-appellant (*Messrs. Egan,
O'Donnell, Hanley and Clifford,* attorneys).

*Mr. Mark D. Larner* argued the cause for third-party de-
fendant-appellant and cross-respondent (*Messrs. Budd,
Larner, Kent and Gross,* attorneys).

The opinion of the court was delivered

PER CURIAM. These cross-appeals from the judgment of
the Appellate Division, 103 *N. J. Super.* 201, 247 *A. 2d* 20,
(1967), relate to the issue of policy coverage. For the
reasons given in the majority opinion, we agree there is a
triable issue as to whether the work was completed, and
hence the judgment of the Appellate Division is affirmed.

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL and HANEMAN—6.

*For reversal*—None.